MICHAEL D. PROUGH (NO. 168741)
mdp@morisonprough.com
DEAN C. BURNICK (NO. 146914)
dcb@morisonprough.com
MORISON & PROUGH, LLP
2540 Camino Diablo, Suite 100
Walnut Creek, CA  94597
Telephone:  (925) 937-9990
Facsimile:  (925) 937-3272

Attorneys for Plaintiff
MT. HAWLEY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MT. HAWLEY INSURANCE COMPANY, an Illinois corporation authorized to transact business in California,<br><br>Plaintiff,<br><br>v.<br><br>CRANE DEVELOPMENT CORPORATION, a California corporation; ABA-ROSEVILLE, LLC, a Delaware limited liability company, and DOES 1-25, et al.;<br><br>Defendants. | Case No.  2:16-cv-00892-JAM-EFB<br><br>STIPULATION FOR ORDER OF DISMISSAL; ORDER |

Plaintiff MT. HAWLEY INSURANCE COMPANY and defendant ABA-ROSEVILLE, LLC ("ABA-Roseville"), by and through their counsel of record herein, hereby stipulate that defendant ABA-Roseville be, and hereby is, dismissed without prejudice from this case, each side to bear its own fees and costs.

/ / /

/ / /

IT IS SO STIPULATED.

Dated: September 30, 2016        MORISON & PROUGH, LLP


                                 By: /s/
                                     Dean C. Burnick

                                 Attorneys for Plaintiff
                                 MT. HAWLEY INSURANCE COMPANY


IT IS SO STIPULATED.

Dated: September 30, 2016        BALESTRERI, POTOCKI & HOLMES, LC


                                 By:  /s/
                                     Joseph P. Potocki

                                 Attorneys for Defendant
                                 ABA-ROSEVILLE, LLC


## ORDER PURSUANT TO STIPULATION

IT IS SO ORDERED.


Dated: 9/30/2016                 /s/ John A. Mendez
                                 The Honorable John A. Mendez
                                 United States District Court Judge

D 364